No. 95–5731. COVARRUBIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5734. OGANDO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5742. OBIUKWU *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5753. HEWITT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5773. OSBORNE *v.* MONTGOMERY ENGINEERING CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–5774. KUPKA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–1691. NEW YORK *v.* SPENCER. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–1857. BEYER ET AL. *v.* SIMMONS. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–1939. SOUTH CAROLINA *v.* FOSSICK. Sup. Ct. S. C. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–1969. NEBRASKA *v.* RUST. Sup. Ct. Neb. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–1973. MONDRAGON, SECRETARY, NEW MEXICO DEPARTMENT OF CORRECTIONS, ET AL. *v.* SMITH. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–2111. DUTTON, WARDEN *v.* HOUSTON. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.